# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUTHER GLENN, ) | |
| ) | Civil Action No. 06 – 513 |
| Petitioner, ) | |
| ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| ) | |
| SUPT. JAMES WYNDER; DISTRICT ) | |
| ATTORNEY FOR THE COUNTY OF ) | |
| ALLEGHENY; and the ATTORNEY ) | |
| GENERAL FOR THE STATE OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Respondents. | |

## ORDER

Upon consideration of Petitioner's claims presented in his amended petition for writ of habeas corpus (ECF No. 52), it is hereby **ORDERED** that Respondents shall, within thirty (30) days of the date of this Order, submit a Supplemental Answer specifically addressing the applicability of Martinez v. Ryan, __ U.S. __, 132 S. Ct. 1309 (2012)[1] to Claims 2 (B), 6 (F), 8 (H), and 9 (I) in the amended petition. Petitioner shall file a Reply to the Supplemental Answer within fourteen (14) days from the date the Supplemental Answer is filed.

Dated: July 5, 2012

_____
Lisa Pupo Lenihan
Chief United States Magistrate Judge

---

[1]  In Martinez, the Supreme Court held for the first time that in states like Pennsylvania, where state law requires that claims of ineffective assistance of trial counsel be raised in an initial-review collateral proceeding, a petitioner may establish "cause" sufficient to overcome a procedural default of a claim if "appointed counsel in the initial-review collateral proceeding, where the claim should have been raised, was ineffective under the standards of Strickland v. Washington, 466 U.S. 668 (1984)." Martinez, 132 S. Ct. at 1318.