**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LUTHER GLENN, ) | |
| ) | Civil Action No. 06 – 513 |
| Petitioner, ) | |
| ) | |
| v. ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| SUPT. JAMES T. WYNDER, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

It is hereby **ORDERED** that a Certificate of Appealability is issued with respect to Claim 1 and Claim 6 of the Amended Petition for Writ of Habeas Corpus.[1]

Dated: October 22, 2012

/s/ Lisa Pupo Lenihan
Lisa Pupo Lenihan
Chief United States Magistrate Judge

cc: All Counsel of Record
 *Via ECF Electronic Mail*

---

[1] In Claim 1, Petitioner asserted that the trial court erred when it refused to grant a mistrial after striking the testimony of Georgianna Cotton. In Claim 6, Petitioner asserted that trial counsel was ineffective for failing to move to strike additional testimony that Georgianna Cotton identified Petitioner from photo arrays and otherwise identified Petitioner as the shooter

1